# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: PAUL M. GAMMEL & NICHOLE K. GAMMEL  
716 GOLDEN PRAIRIE DR.  
DAVIS JUNCTION, IL  61020

Case Number: 07-70347  
SSN-xxx-xx-3906 & xxx-xx-0294

Case filed on: 2/20/2007  
Plan Confirmed on: 5/18/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $50,451.53     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 001 | BENEFICIAL ILLINOIS INC | 0.00 | 0.00 | 6,365.00 | 0.00 |
| 002 | NATIONAL CITY MORTGAGE COMPANY | 0.00 | 0.00 | 31,749.00 | 0.00 |
|  | Total Continue | 0.00 | 0.00 | 38,114.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|  | Total Legal | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| 003 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CBE GROUP, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | PAUL M. GAMMEL | 0.00 | 0.00 | 390.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 390.00 | 0.00 |
| 004 | NATIONAL CITY MORTGAGE COMPANY | 26,315.96 | 26,315.96 | 8,554.97 | 0.00 |
|  | Total Secured | 26,315.96 | 26,315.96 | 8,554.97 | 0.00 |
| 006 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 2,949.03 | 294.90 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 753.02 | 75.30 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CCB CREDIT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DISH NETWORK | 681.81 | 68.18 | 0.00 | 0.00 |
| 013 | FIDELITY INFOMATION CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | PORTFOLIO RECOVERY ASSOCIATES | 1,733.13 | 173.31 | 0.00 | 0.00 |
| 015 | I.C. SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PROVIDIAN FIN. / WASH. MUTUAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ILLINOIS STUDENT ASSISTANCE COMM | 18,656.18 | 1,865.62 | 0.00 | 0.00 |
| 018 | CREDITORS BANKRUPTCY SERVICE | 602.06 | 60.21 | 0.00 | 0.00 |
|  | Total Unsecured | 25,375.23 | 2,537.52 | 0.00 | 0.00 |
|  | Grand Total: | 54,691.19 | 31,853.48 | 47,058.97 | 0.00 |

Total Paid Claimant: $47,058.97  
Trustee Allowance: $3,392.56  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/24/2008            By   /s/Heather M. Fagan